Danny J. Horen, Esq.
NV Bar No. 13153
Kazerouni Law Group, APC
7854 W. Sahara Avenue
 Las Vegas, NV 89117
Telephone: (800) 400-6808 x 7
Facsimile: (800) 520-5523
danny@kazlg.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| **BONNIE R. EDWARDS,**<br><br>Plaintiff,<br><br>v.<br><br>**CAPITAL ONE BANK (USA), N.A.; NATIONSTAR MORTGAGE, LLC., AND EQUIFAX INFORMATION SERVICES LLC,**<br><br>Defendants. | **Case No:** 2:15- cv -00646-JCM-NJK<br><br>**STIPULATION TO DISMISS CAPITAL ONE BANK (USA), N.A.** |

1
STIPULATION OF DISMISSAL

**STIPULATION**

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate that Defendant Capital One Bank (USA), N.A. ("CapOne"), be dismissed from this action with prejudice, with Plaintiff Bonnie R. Edwards and CapOne to bear their own fees and costs.

DATED: October 8, 2015          FERNALD LAW GROUP LLP


                                By: /s/ BRANDON C. FERNALD
                                    BRANDON C. FERNALD
                                Attorneys for Defendant,
                                CAPITAL ONE BANK (USA) N.A.


DATED: October 8, 2015          KAZEROUNI LAW GROUP, APC


                                By: /s/ Danny J. Horen
                                    DANNY J. HOREN
                                Attorneys for Plaintiff,
                                Plaintiff


                                IT IS SO ORDERED October 14, 2015.

                                _____
                                UNITED STATES DISTRICT JUDGE

2
STIPULATION OF DISMISSAL